No. 325. COLUMBIA PROPERTIES, INC. *v.* STATE BOARD OF TAX COMMISSIONERS OF INDIANA ET AL. Appeal from the Supreme Court of Indiana. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of jurisdiction. 28 U. S. C. § 1257 (2). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by 28 U. S. C. § 2103, certiorari is denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that probable jurisdiction should be noted. *Cornelius W. Grafton* for appellant. *Edwin K. Steers,* Attorney General of Indiana, *Robert Hollowell,* Chief Counsel, and *George B. Jeffrey,* Deputy Attorney General, for the State Board of Tax Commissioners; and *William C. Welborn* and *Milford M. Miller* for the County Board of Review of Vanderburgh County et al., appellees.

No. 183, Misc. HIGGINS *v.* BINNS, U. S. ATTORNEY. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit dismissed on motion of petitioner. *Morris Lavine* for petitioner.

No. 335. GENERAL ELECTRIC CO. ET AL. *v.* WASHINGTON. Appeal from the Supreme Court of Washington. Probable jurisdiction noted. *Acting Solicitor General Stern* for the United States, appellant.